**CLARK & MARKHAM LLP**
David R. Markham (Bar No. 071814)
R. Craig Clark (Bar No. 129219)
James M. Treglio (Bar No. 228077)
600 B Street, Suite 2130
San Diego, CA 92101
Telephone: (619) 239-1321
Facsimile:  (619) 239-5888

**MADE JS-6**

**UNITED EMPLOYEES LAW GROUP**
Walter Haines, Esq. (CSB No. 71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (877) 696-8378
Facsimile: (562) 256-1006

Attorneys for Class Plaintiff, Victoria Miller

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MILLER, an individual, on behalf of himself, and on behalf of all persons similarly situated, | Case No. CV 09-5666-GW (RCx) |
| Plaintiffs, | **CLASS ACTION** |
| | **JUDGMENT** |
| v. | |
| THE WELLPOINT COMPANIES, INC., Indiana Corporations with its principal places of business in California, and DOES 1 to 100, | |
| Defendants. | |

**1**

1    The Court on August 30, 2010, issued its Order granting Final Approval of

2 Class Settlement, Award of Attorneys' Fees and Expenses, and Release Claims by

3 Class Members granting approval to the Class Action Settlement Agreement in this

4 matter.

5

6    The Court ORDERS ENTRY OF JUDGMENT AS FOLLOWS:

7    1. The Class to Whom Judgment Applies is Defined as:

8

9    All persons who, at any time between July 7, 2008 and February 11, 2010

10   worked for Defendant WellPoint in California, and received a paper

11   paycheck.

12

13   2. Persons who request exclusion from the Class (a) will not participate in

14 the recovery obtained through the Settlement Agreement, and (b) are entitled to

15 prosecute an individual lawsuit, or an individual claim with the Cal. Lab.

16 Commission, in accordance with California law.

17

18   3. The parties shall comply with the terms and conditions of the Settlement

19 Agreement and of the Order Granting Final Approval. Upon such compliance, and

20 in accordance with the terms of the Order Granting Final Approval, the matter and

21 the Complaint on file herein shall be dismissed in its entirety, with prejudice. The

22 Court shall retain jurisdiction over the parties to enforce the terms of this

23 Judgment.

24

25 Dated: August 30, 2010        _____

26                Hon. George H. Wu

27                Judge of the USDC, Central District

28

**2**

**PROPOSED JUDGMENT** 09-5666 GW (RCx)